UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>            Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF EDUCATION,<br><br>            Defendant. | Civil Action No. 25-3542 (BAH) |

**JOINT STATUS REPORT**

Pursuant to Paragraph 4(b)(ii) of the Court's Standing Order (ECF No. 4), Plaintiff National Student Legal Defense Network and Defendant United States Department of Education, by and through undersigned counsel, submit this joint status report. This case involves Plaintiff's request for records under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.

As of yet, Defendant has not made a final determination with respect to Plaintiff's request. All but one of the appropriate program offices have completed their search and they have found 27 pages of potentially responsive records. Defendant is reviewing those records for responsiveness and exemptions.

Defendant requests that the Court order the parties to file a new status report in 60 days— i.e., on Friday, March 27, 2026.

\*     \*     \*

- 2 -

A proposed order is attached.

| | |
|---|---|
| Dated: January 26, 2026<br>Washington, DC | Respectfully submitted, |
| /s/ Chris Bryant<br>D.C. Bar No. 1673495<br>National Student Legal Defense Network<br>1701 Rhode Island Ave. NW<br>Washington, D.C. 20036<br>XXX@defendstudents.org<br>(202) 734-7495<br><br>*Counsel for Plaintiff* | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:    */s/ Brian J. Levy*<br>　　BRIAN J. LEVY<br>　　Assistant United States Attorney<br>　　601 D Street, NW<br>　　Washington, DC 20530<br>　　(202) 252-6734<br><br>*Attorneys for the United States of America* |