UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HUSCH BLACKWELL LLP, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 25-3338 (BAH) |

## **DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE A JOINT STATUS REPORT**

Defendant request a three-day extension of time to file the Joint Status Report in this case—i.e., from Friday, April 3, 2026, to Wednesday, April 8, 2026. Plaintiff, through counsel, graciously consented to the relief requested.

Defendant needs additional time to discuss issues raised by Plaintiff in response to the joint status report. Unfortunately, the undersigned was on a long-planned vacation today and was unable to finalize Defendant's response. The undersigned apologizes for not filing a motion more than four days ahead of the due date, pursuant to Paragraph 8(b) of the Court's Standing Order. The undersigned had believed the JSR would not be contested and would not require further discussion.

The Court previously granted a consent extension to Defendants to respond to the Complaint. *See* Dec. 23, 2025, Min. Order. The extension will not affect any other scheduled deadlines.

Wherefore Defendant respectfully requests that an extension of time be granted. A proposed order and the answer is attached.

- 2 -

Dated: April 3, 2026
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: _____*/s/ Brian J. Levy*_____
     BRIAN J. LEVY
     Assistant United States Attorney
     601 D Street, NW
     Washington, DC 20530
     (202) 252-6734

*Attorneys for the United States of America*